UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>v.<br><br>E & L RESTAURANT, INC., a California Corporation<br><br>    Defendants. | Case No.: 4:21-cv-03004-HSG<br><br>**ORDER** |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a motion for determination of attorney fees/costs, and file a dismissal thereafter.

**IT IS SO ORDERED.**

Dated: __9/3/2021__

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
United States District Judge
4:21-cv-03004-HSG

**DENIED**
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.

Notice of Settlement                    -1-