CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

CHARLIE W. YU (SBN: 268233)
cyu@essentiallawgroup.com
ESSENTIAL LAW GROUP, PC
548 Market Street, PMB 48752
San Francisco, CA 94104
Telephone: (415) 349-5180
Facsimile: (415) 349-5181
Attorney for Defendant
E & L Restaurant, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>　　　Plaintiff,<br><br>　v.<br><br>E & L RESTAURANT, INC., a California Corporation<br><br>　　　Defendants. | Case: 4:21-cv-03004-HSG<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 02, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: December 02, 2021     ESSENTIAL LAW GROUP, PC

By: /s/ Charlie W. Yu
    Charlie W. Yu
    Attorneys for Defendant
    E & L Restaurant, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Charlie W. Yu, counsel for E & L Restaurant, Inc., and that I have obtained Mr. Yu's authorization to affix his electronic signature to this document.

Dated: December 02, 2021     CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff